AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __Arkansas__

Western

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 2 0 2007

CHRIS R. JOHNSON, CLERK

_____ DEPUTY CLERK

Jonathan Lee Riches ©

Plaintiff

V.

John Mark Karr, et. AL.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07-2103

I, Jonathan Lee Riches ©, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  __FCI Williamsburg__

   Are you employed at the institution?  __Yes__    Do you receive any payment from the institution?  __.12¢ a month__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.   .12¢ a month

2. Are you currently employed?    ☑ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  .12¢ a month prison job

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends              ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments       ☐ Yes    ☑ No
   e. Gifts or inheritances                             ☐ Yes    ☑ No
   f. Any other sources                                 ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   No

I declare under penalty of perjury that the above information is true and correct.

9/10/07
_____
Date

_____
Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ *7.55* on account to his/her credit at (name of institution) _FCI Williamsburg_. I further certify that the applicant has the following securities to his/her credit: _0_

I further certify that during the past six months the applicant's average balance was $ *30.00* ; and the applicant's average monthly deposit was $ *30.00* .

9/10/07
_____
DATE

C. Ethridge, Correctional Counselor
_____
SIGNATURE OF AUTHORIZED OFFICER