IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONATHAN LEE RICHES                      PLAINTIFF

v.           Civil No. 07- 2103

JOHN MARK KARR a/k/a "The Father;"
ANDREA YATES a/k/a "The Mother;"
DYLAN KLEBOLD a/k/a "The Son;"
SEUNG-HUI CHO a/k/a "Foreign Exhange Student;"
COUSIN IT a/k/a/ "The Cousin;"
and CUJO a/k/a "Family Pet"                  DEFENDANTS

### ORDER

JONATHAN LEE RICHES submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. Pursuant to the provisions of the Prison Litigation Reform Act **the clerk is directed to collect the $350.00 filing fee from the plaintiff.** The matter of service will be determined at a later time.

IT IS SO ORDERED this 20 day of September 2007.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 2 0 2007
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

-1-

AO72A
(Rev. 8/82)