FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

Jonathan Lee Riches
(Enter above the full name of the plaintiff
in this action.)

Prisoner ID No. 40948-018

V.  CASE NO. 07-2103

John Mark Karr A/K/A "The Father"
Andrea Yates A/K/A "The Mother"
Dylan Klebold A/K/A "the Son"
Seung-Hui Cho A/K/A "Foreign Exchange Student"
Cousin It A/K/A "the Cousin"
Cujo A/K/A "Family Pet"

(Enter above the full name of the defendant,
or defendants, in this action.)

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 20 2007

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

       Yes _____     No ✓

   B.  If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1. Parties to this lawsuit

          Plaintiffs: _____

          Defendants: _____

       2. Court (if federal court, name the district; if state, name the county:

-1-

    3.      Docket number: _____

    4.      Name of judge to whom case was assigned: _____

    5.      Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    6.      Approximate date of filing lawsuit: _____

    7.      Approximate date of disposition: _____

II.    Place of Present Confinement: __FCI Williamsburg__

III.    There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

    A.      Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

         Yes _____   No __✓__

    B.      If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

    C.      If your answer is NO, explain why not: __this happened outside of prison__

IV.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A.      Name of plaintiff: __Jonathan Lee Riches©__

         Address: __#40948-018 FCI Williamsburg P.O. Box 340 Salters, SC 29590__

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B.    Defendant: John Mark KARR

Position: "Father"

Place of Employment: Unemployed ?

Address: Fort Smith Arkansas   500 North 12th #25

Defendant: Andrea Yates

Position: Mother

Place of Employment: ?

Address: Fort Smith Arkansas   500 North 12th #25

Defendant: Dylan Klebold

Position: Son

Place of Employment: —

Address: Fort Smith Arkansas   500 North 12th #25

Defendant: Seung-Hui Cho

Position: Foreign Exchange Student

Place of Employment: —

Address: Fort Smith Arkansas   500 North 12th #25

Defendant: Cousin it

Position: —

Place of Employment: —

Address: Fort Smith Arkansas   500 North 12th #25

-3-

V. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Dec 6, 1997 - Defendants Karr, Yates, Klebold, Cho, cousin it, Cujo Kidnapped me, tortured my life. Home schooled me.

April 19, 1999 - Klebold made me sew and stitch his trench coat

May 18, 1999 - Defendants fed me after midnight

(See Attached complaint on all the Facts.) Extra sheets

VI. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(See Attached Complaint) Extra sheets

I declare (or certify, verify, or state) under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 10th day of 9th, 2007.

Jonathan Lee Riches
Printed Name of Plaintiff

Signature of Plaintiff

-4-