# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS

Jonathan Lee Riches ©

Plaintiff

                                                    Civil No

V.

JOHN MARK KARR A/K/A "THE FATHER",
ANDREA YATES A/K/A "THE MOTHER",
DYLAN KLEBOLD A/K/A "THE SON",
SEUNG-HUI CHO A/K/A "FOREIGN EXCHANGE STUDENT",
COUSIN IT A/K/A "THE COUSIN",
CUJO A/K/A "FAMILY PET",
DEFENDANT'S

                                  Civil Complaint

## "FAMILY ABUSE"

## "TRO TEMPORARY RESTRAINING ORDER"

Comes now the Plaintiff, Jonathan Lee Riches ©, in pro-se, Moves this Honorable Court to issue an order for Defendants named in this suit to respond. ALSO MOVES THIS HONORABLE COURT TO ISSUE A TRO TEMPORARY Restraining order against Defendant's Forbidding any contact with Plaintiff. This suit is civil rights and copyright Infringement act, and crimes committed pursuant to child Abuse, Terroristic Threats, Assault and Battery, Identity theft, Kidnapping,

Dockets.Justia.com

harassment, and torture. Plaintiff seeks #50,000,000.00 Million dollars and the return of all copyrighted material related to Jonathan Lee Riches©. Plaintiff prays for relief.

Defendants: John Mark Karr, Andrea Yates, Dylan Klebold, Seung-Hui Cho, Cousin It, Cujo

### 1

Dec 6, 1997, I was on a boyscout trip selling cookies in this county. Defendants and children of the corn kidnapped my life and sent me to a Lord of the Flies torture camp deep in the Ozarks to join their family

### 2

Feb 10, 1998 Defendants Home schooled me in a dungeon
Cho made me learn Korean with a gun to my head, constructed Kim Jong missiles
    Karr forced me to play with my little pony dolls.
Yates babysat me. Cousin It taught me identity theft
    I read George Orwell Literature

### 3

April 19, 1999 - Klebold made me sew and stitch his trench coat
May 18, 1999 - Defendants fed me after midnight with Gremlins
    They would not let me go to Woodstock.
I had to salute Nazis - Adolf Eichmann
June 23, 1999 - Hard slave labor at Wonka's chocolate factory
Jan 10, 2007 - Defendants forced me to marry a male inmate
Aug 29, 2007 - They manipulated the mind of Owen Wilson

4

I was put in a Navy ship CANNON and shot at the battle of saratoga 1777. Teased with empty Asprin bottles. Sold to ringling Brothers.

5

June 9, 2007- Defendants made me watch Adams family reruns in slow motion for weeks in Yates Bathtub.

On the back patio, Defendants put a Flourescent Bulb on me to Attrack Mosquitos.

6

Feb 13, 2007 - Defendants and FCI Williamsburg doctors conducted Angel of Death experiments on me.

They sucked out my mental health with Schiavo's feeding tube on Kevorkians orders

7

Jan 16, 2006 - Hired Richard Branson, spaceship one, G. Jetson sent me in chaingangs to the moon with illegal aliens to shovel rocks. Total recall. Built a space prison for Lou Dobbs Aliens. Internet cafes. I was coerced to moonwalk

8

Aug 2, 2007 - CuJo wears Vick Jerseys
July 16, 2006- Defendants made me sniff nerve gas to rattle my mind

April 20, 2007 - Gestapo troops gave me Victor Yuchenko pox marks

TRO Temporary Restraining order

I suffered Nightmares on Elm St., Amityville Horrors, The Hills have eyes

Plaintiff moves this court to stop these weirdos from messing my future.

Conclusion

Plaintiff prays and waits

Respectfully Submitted

Jonathan Lee Riches ©

X files

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400