IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONATHAN LEE RICHES #4094                                            PLAINTIFF

V.                              CIVIL NO. 07-2103

JOHN MARK KARR, ET AL.                                               DEFENDANTS

### CLERK'S ORDER

TO:   WARDEN, FCI WILLIAMSBURG
      P. O. BOX 340S
      SALTERS, SC, 29590

On September 20, 2007, the Court entered an Order directing the United States District Clerk to file the above styled complaint *in forma pauperis*; and directing the Clerk to collect the filing fee of $350.00, pursuant to 28 U.S.C. 1915 as amended by the Prison Litigation Reform Act.

After reviewing the petitioner's Application to Proceed *In Forma Pauperis* it is determined that the petitioner should pay an initial partial filing fee of $6.00, which is equal to 20 percent of the average monthly balance and deposit in the petitioner's prisoner account for the six-month period immediately preceding the filing of the complaint, pursuant to 28 U.S.C. 1915(b)(1).  If the prisoner's account does not contain the full amount assessed as an initial partial filing fee, the Warden, FCI, Williamsburg, shall withdraw from the account any portion of the initial filing fee available, even if the account balance is under $10.00.  Regardless of the balance in the account, the  shall continue to withdraw funds until the initial partial filing fee has been paid in full.

Thereafter, the petitioner is required to make monthly payments of 20 percent of the preceding month's income credited to the petitioner's prisoner account. These funds should be collected and paid to the Clerk, U.S. District Court, each time the amount in the petitioner's prisoner account exceeds $10.00, until the filing fee is paid in full, pursuant to 28 U.S.C. 1915(b)(2).

IT IS THEREFORE ORDERED that the Warden, FCI Williamsburg, as the petitioner's present custodian, shall collect from the petitioner's prisoner account an initial partial filing fee of $6.00 and shall forward the amount to the Clerk, U. S. District Court.

Thereafter, the Warden, FCI Williamsburg, and all future custodians, shall collect the $344.00 balance of the filing fee by collecting monthly payments from the petitioner's prisoner account an amount equal to 20 percent of the preceding month's income credited to the petitioner's prisoner account. These funds are to be paid to the Clerk, U. S. District Court each time the amount in the petitioner's prisoner account exceeds $10.00, until the filing fee is paid in full.

Payments may be consolidated with other petitioner's payments and transmitted by one check with a listing of the petitioner's names and case numbers for which the composite check is made, with payments made no less frequently than monthly. These payments should be made payable to:

>Clerk, U. S. District Court
>P. O. Box 1547
>Fort Smith, Arkansas  72902
>Attn: Gina Rhodes Hellums

Dated this 24th day of September, 200.

                                          /s/    Patricia Ann Smith
                                          FINANCIAL DEPUTY