```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

JOHNATHAN LEE RICHES                                    PLAINTIFF

    v.                   No. 07-2103

JOHN MARK KARR a/k/a "The Father,"
ANDREA YATES a/k/a "The Mother,"
DYLAN KLEBOLD a/k/a "The Son,"
SEUNG-HUI CHO a/k/a "Foreign
Exchange Student," COUSIN IT
a/k/a "The Cousin," and CUJO
a/k/a "Family Pet"                                      DEFENDANTS

## ORDER

Now on this 29th day of October 2007, there comes on for consideration the report and recommendation filed herein on September 27, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 5). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE on the grounds that the claims asserted are frivolous, barred by the statute of limitations and fail to state claims upon which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time). This case shall be deemed a strike for purposes of the "three strikes" provision of

28 U.S.C. § 1915(g).

    IT IS SO ORDERED.

                                     /s/ Robert T. Dawson
                                     Honorable Robert T. Dawson
                                   United States District Judge